| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) _____   Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Le Conte Westwood Development LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-4438404 |
| 4. | Debtor's address | **Principal place of business**<br><br>**825 S. Barrington Ave.**<br>**Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**10902-10906 Weyburn Ave., 901-951 Westwood Blvd., 10908-10916 Le Conte Boulevard, and 900 Gayley Avenue Los Angeles, CA 90024**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | N/A |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __Le Conte Westwood Development LLC_____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__531__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor __Le Conte Westwood Development LLC_____ Case number (*if known*) _____
      Name

| List all cases. If more than 1, attach a separate list | Debtor | See Attachment | Relationship | |
|---|---|---|---|---|
| | District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Le Conte Westwood Development LLC**  Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 14, 2025**
              MM / DD / YYYY

X  _/s/ [signature]_                      **Logan Beitler**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Gary E. Klausner           Date **January 14, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**  Email address  **GEK@LNBYG.COM**

**69077 CA**
Bar number and State

Debtor __Le Conte Westwood Development LLC__  Case number (*if known*) _____
Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Beitler Texas Enterprises LLC** | | Relationship to you | **Affiliated Entity** | |
| District | **Bankr. C.D. Cal.** | When **7/01/24** | Case number, if known | **2:24-bk-15228-WB** | |
| Debtor | **Westcliff Investors, LLC** | | Relationship to you | **Affiliated Entity** | |
| District | **Bankr. C.D. Cal.** | When **7/01/24** | Case number, if known | **2:24-bk-15224-WB** | |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 5

**Fill in this information to identify the case:**

Debtor name: __Le Conte Westwood Development LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration __Other documents attached to the Petition.__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 14, 2025__    X _/s/ signature_
Signature of individual signing on behalf of debtor

__Logan Beitler__
Printed name

__Manager__
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Le Conte Westwood Development LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Post Insurance<br>2356 Torrance Blvd<br>Torrance, CA 90501 | | | | | | $37,937.03 |
| LADWP<br>PO Box 515407<br>Los Angeles, CA 90030 | | | | | | $9,771.57 |
| IPFS Corp<br>PO Box 412086<br>Kansas City, MO 64141 | | | | | | $8,425.92 |
| 360 Water Damage Restoration<br>PO Box 88333<br>Los Angeles, CA 90009 | | | | | | $7,800.00 |
| Athens Services<br>PO Box 60009<br>City of Industry, CA 91716 | | | | | | $5,741.92 |
| Levy Smalls & Lallas<br>815 Moraga Dr<br>Los Angeles, CA 90049 | | | | | | $3,320.00 |
| HUB International<br>600 Corporate Pointe<br>Suite 600<br>Culver City, CA 90230 | | | | | | $2,102.70 |
| A-ACE Building Maintenance<br>11929 Venice Blvd<br>Unit #319<br>Los Angeles, CA 90066 | | | | | | $2,000.00 |

Debtor  **Le Conte Westwood Development LLC**    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Gonzalez - Frnk's Disposal PO Box 4271 Sunland, CA 91041 | | | | | | $1,550.00 |
| Roberto Jeronimo 113 E. 214th Street Carson, CA 90745 | | | | | | $1,500.00 |
| SoCal Gas PO Box 1626 Monterey Park, CA 91754 | | | | | | $943.27 |
| Patrick Bird Drainology 3318 Keeshen Dr Los Angeles, CA 90066 | | | | | | $750.00 |
| Green Econome 18300 Wakecrest Dr Malibu, CA 90265 | | | | | | $696.41 |
| Frontier PO Box 211579 Eagan, MN 55121 | | | | | | $550.39 |
| Gale Supply Co 10205 Painter Ave Santa Fe Springs, CA 90670 | | | | | | $351.53 |
| Juan Carlos Gomez 11134 Dalerose Ave Inglewood, CA 90304 | | | | | | $300.00 |
| Delta Elevator 13150 Arctic Circle Santa Fe Springs, CA 90670 | | | | | | $291.31 |
| Daniel Miles 4422 Corinth Ave Culver City, CA 90230 | | | | | | $200.00 |
| TRI Signal Integration 28110 Avenue Stanford Unit D Valencia, CA 91355 | | | | | | $170.00 |
| TRE Elevator 16521 Saticoy Street Van Nuys, CA 91406 | | | | | | $150.00 |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re __Le Conte Westwood Development LLC_____    Case No. _____
                                        Debtor(s)                Chapter __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Beitler Family Living Trust<br>Logan A. Beitler, Trustee<br>12928 Evanston Street<br>Los Angeles, CA 90049 | N/A | 100% | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __January 14, 2025_____    Signature _____
                                                  Logan Beitler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Beitler Texas Enterprises LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15228-WB); Westcliff Investors, LLC (Bankr. C.D. Cal. Case No. 2:24-bk-15224-WB)**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, California**   , California.

Date:   **January 14, 2025**

_/s/ Logan Beitler_
**Logan Beitler**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Gary E. Klausner 69077<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 69077 CA<br>GEK@LNBYG.COM<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**Le Conte Westwood Development LLC**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **January 14, 2025**

_[signature]_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **January 14, 2025**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    F 1007-1.MAILING.LIST.VERIFICATION

Le Conte Westwood Development LLC
825 S. Barrington Ave.
Los Angeles, CA 90049


Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


360 Water Damage Restoration
PO Box 88333
Los Angeles, CA 90009


A-ACE Building Maintenance
11929 Venice Blvd
Unit #319
Los Angeles, CA 90066


Athens Services
PO Box 60009
City of Industry, CA 91716


Cats USA Pest Control
PO Box 151
North Hollywood, CA 91603


Citizens Business Bank
Attn: Officer or Authorized Agent
701 N Haven Ave
Ontario, CA 91764


Daniel Miles
4422 Corinth Ave
Culver City, CA 90230

Delta Elevator
13150 Arctic Circle
Santa Fe Springs, CA 90670


Evanston Road LLC
825 S. Barrington
Los Angeles, CA 90049


Fraker Fire Protection
790 Hampshire Road
Unit C
Westlake Village, CA 91361


Freedom REIT
c/o Freedom Financial Funds, LLC
23632 Calabazas Road, Suite 204
Calabasas, CA 91302


Frontier
PO Box 211579
Eagan, MN 55121


FYJA, LLC
825 S. Barrington Ave.
Los Angeles, CA 90006


Gale Supply Co
10205 Painter Ave
Santa Fe Springs, CA 90670


George Gelsebach, Individually and
T'ee of George Gelsebach 2010 Trust
154426 Briarwood
Sherman Oaks, CA 91403

Green Econome
18300 Wakecrest Dr
Malibu, CA 90265


HUB International
600 Corporate Pointe
Suite 600
Culver City, CA 90230


Image Finance, LLC
4571 Wilshire Boulevard, Suite 203
Los Angeles, CA 90010


IPFS Corp
PO Box 412086
Kansas City, MO 64141


John Gonzalez - Frnk's Disposal
PO Box 4271
Sunland, CA 91041


Juan Carlos Gomez
11134 Dalerose Ave
Inglewood, CA 90304


LADWP
PO Box 515407
Los Angeles, CA 90030


Levy Smalls & Lallas
815 Moraga Dr
Los Angeles, CA 90049

Logan A. Beitler
12928 Evanston Street
Los Angeles, CA 90049


Los Angeles County Tax Collector
P.O. Box 54018


Michael Reagan, Foreclosure Trustee
Integrated Lender Services
2461 W. La Palma Avenue, Suite 120
Anaheim, CA 92801


Patrick Bird Drainology
3318 Keeshen Dr
Los Angeles, CA 90066


Post Insurance
2356 Torrance Blvd
Torrance, CA 90501


Roberto Jeronimo
113 E. 214th Street
Carson, CA 90745


SoCal Gas
PO Box 1626
Monterey Park, CA 91754


TRE Elevator
16521 Saticoy Street
Van Nuys, CA 91406

TRI Signal Integration
28110 Avenue Stanford
Unit D
Valencia, CA 91355

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Gary E. Klausner 69077**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **69077 CA**<br>**GEK@LNBYG.COM**<br><br>☑ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Le Conte Westwood Development LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Logan Beitler**_____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                             F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a.   [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b.   [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**January 14, 2025**             By: _/s/ Logan Beitler_
Date                                                   Signature of Debtor, or attorney for Debtor

                                                               Name: **Logan Beitler**
                                                                        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                            **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Logan A. Beitler**, Trustee of the Beitler Family Living Trust
**12928 Evanston Street**
**Los Angeles, CA 90049**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                F 1007-4.CORP.OWNERSHIP.STMT